

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-16-00741-CV

Galdino **MOLINA**,
Appellant

v.

David **CERVANTES**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 391399
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellant's brief was due on December 21, 2016. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for an extension of time to file the brief, and we set the brief due on January 20, 2017. Three days after the due date, Appellant filed a second motion for an extension of time to file the brief and requested an additional sixty days, for a total extension of ninety days.

Appellant's motion is GRANTED IN PART. We ORDER Appellant to file the brief or a motion to dismiss not later than February 21, 2017. **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED**.

If Appellant fails to file the brief or motion to dismiss as ordered, we will order Appellant to show cause why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court